IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Bruce Clement Pennington Jr., Vanessa Kay Oller )
Connie Stanek, Linda Ampofo-Quaye, )
The infant child S.G.O. )
)
)
Plaintiffs )
)
vs. ) Case Number 17-CV-1282-EFM-GEB
)
Saint Francis Community Services )
)
1421 W 8th )
)
Wellington     Ks     67152 )
City             State   Zip Code )
Et Al Defendants

FILED
U.S. District Court
District of Kansas

NOV 0 7 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

## CIVIL COMPLAINT

I.  Parties to this civil action:

   A.   Name of plaintiff

        Bruce Clement Pennington Jr

        9435 W Central apt 2 Wichita Kansas 67212

        Vanessa Kay Oller

        9435 W Central apt 2 Wichita Kansas 67212

        Connie Stanek

        1106 1st sw Mason City Iowa 50401

        Linda Ampofo-quaye

        P.O box 721792 Mt. View HI. 96771

        Infant Child S.G.O.

1



(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant Cassie Allen is employed at Siant Francis Community Services

           And is the lead family support worker in charge of child reintegration.

    C.    Additional Defendants, Mary Busch "Saint Francis Family support worker",

Larry Leon Oller, Karen Oller, Loresa Lewis "DCF social Worker Liaison", Kansas Department of Children and Families, Terra Owens "Saint Francis Social Worker", Lynn Hall "Saint Francis Kinship Worker, Becky Jester, Mandi Stephenson, Chris Garnica, Ashley Dolley, Rebecca Mendoza "Harper County Sheriff's Deputy"

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:
        1.    Plaintiff is a citizen of the State of Kansas, Hawaii, Colorado and Iowa.
        2.    The first-named defendant above is either
            a.    a citizen of the State of Kansas ; or
            b.    a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either
            a.    a citizen of the State of Kansas; or
            b.    a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. '1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

X 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. '1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III. Statement of Claim:

1. (Breach of Contract) On or about June 22, 2016 Karen and Larry Oller entered into a verbal agreement to care for the Infant Child S.G.O. so that the child's Mother could resolve some legal obligations. After a short trial period to be sure that the elderly couple could manage the strain of taking care of an infant the agreement was solidified and a verbal contract was entered. The Infant Child was placed with good faith in the temporary Custody of Larry and Karen Oller. The Defendants then chose to break this contract and trust by making false accusations and fabricating a story to the Harper County Sheriff's Department Placing the Child in states custody as a "Child in need of Care"

2. (Violation of Parents Rights) All of the Defendants listed in this complaint have aided in the violation of the Rights of Bruce Clement Pennington Jr, and Vanessa Kay Oller. As the Father and Mother of the infant Child S.G.O. these plaintiffs have a right to Have custody of their Daughter. The Defendants have made false allegations intentionally misleading the Family courts into Believing that a vast mosaic of wrongs have been committed by the child's Mother including abandonment. While no such accusations have been made against Bruce Clement Pennington Jr. the courts have failed to set a quick reintegration outline and the defendants have taken advantage of the lax nature of the family

courts to further delay the return of the child to her rightful home with her parents.

3. (Violation of Grandparents rights) throughout the last year the case workers and DFS have failed to recognize the rights of the Childs Grandparents. The Paternal Grandmother (Linda Ann Ampofo-Quaye) has still not even been contacted by Saint Francis Community Services or any other advocate to be assessed of the situation. The child has intentionally been placed with hostile parties who claimed the child was in need of care by being left with them and no attempt at administrative relief has been answered with remedy for either of the child's grandmothers "maternal or paternal " this intentional conduct in their discretionary duties has caused permeant irreparable harm to the grandparent child relationship and to the parent child relationship and we the plaintiffs seek relief.

4. (Due Process) by making unsubstantiated claims against the plaintiff Vanessa Kay Oller and publicizing these claims so that the community would become hostile towards her and the other Plaintiffs the Defendants have violated the Plaintiffs rights to due process, the Plaintiffs have not been convicted of child abuse, neglect, abandonment or any other harm to their child and grandchild, however the child has still not been returned to her parents or grandparents custody. None of the listed claims have been substantiated and no criminal charges have been filed for the plaintiffs to be convicted of, so we ask for relief from the ongoing onslaught of human and civil rights violations and for the plaintiff's rights to due process to be recognized.

5. (Equal Protection of the Laws) The Plaintiffs have all sought fair and equal treatment by the family courts and the agents there of and have been denied those rights by the workers of Saint Francis listed herein and the other defendants. The Plaintiffs have been treated with prejudice and malice instead of the fair and impartial treatment they are entitled to. By this we the plaintiffs mean that upon multiple occasions throughout the last year they have sought to have the demanded task specified in writing and have either been lied to or mislead or given incomplete information that has caused the delay of the return of S.G.O. to her family's custody, this prejudice has been enacted by all of the Saint Francis staff involved including Cassie Allen and Mary Bush and upon information and belief has been done so at the behest of Karen Oller. When seeking administrative relief from these violations of our 14th amendment rights through Cassie Allen and Saint Francis the Plaintiffs have been hung up on, ignored and demeaned to the point of frustration and desperation.

6. (Outrage) The Plaintiffs are outraged by the blatant violations of their Civil and Human Rights that have been allowed to continue by the Kansas family courts and the contradiction that has been in place and enacted by agents of the State whom are under orders from the Secretary of Health to place priority on family values and reintegration. We want our Child to be free from harassment and manipulation and seek the same Freedom for our entire family.

7. (Intrusion upon seclusion) The fourth amendment to the Constitution of the United states of America Guarantees the Plaintiffs and all American Citizens the right to be free from scrutiny in their own home "The right of the people to be secure in their

4

persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause," this right to live a life free from unwarranted publicity has been intruded upon by all of the defendants and perpetrated against the Plaintiffs with prejudice and malice. The defendants Vanessa Kay Oller and Bruce Clement Pennington Jr have had their home entered into without permission by Larry and Karen Oller and have had their privacy breached using threat of loss of parental rights by Cassie Allen and the other case workers from Saint Francis Community Services. These wrongs must be made right so that others might not suffer the same loss as the Plaintiffs.

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) The Plaintiffs Seek Immediate return of the infant Child S.G.O. to her parents or to either of her grandparents. The plaintiffs believe that there is no relief adequate to compensate for the theft of a child for an entire year and seek 10,000,000.00 to help in reparations and to encourage the defendants to stop violating the rights of American Citizens. The Plaintiffs also seek an immediate injunction against the Defendants and their agents to make them stop harassing the Plaintiffs and their Family.

you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ x]  No [ ]

IV.   Do you claim actual damages for the acts alleged in your complaint?
      Yes [ x]   No [ ]

V.    Do you claim punitive monetary damages? Yes [ x]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

The Plaintiffs seek $100,000.00 in compensation for lost wages travel cost to and from all of the many task set forth by the defendants that the Plaintiffs have had to complete and this is requested as $100,000.00 each.

The Plaintiffs seek $10,000,000.00 in punitive damages due to the amount of Mental duress that has been caused by the actions of these once trusted community members who are the defendants in this case.

Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ x ] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

The Plaintiffs have sought administrative relief for over a year, by attending assigned classes, submitting to intrusion into their papers and private affairs and into their homes in order to prove the fitness of their persons to be worthy of custody of S.G.O and have also requested every one of these rights violations cease in writing and by text and email. No relief has been granted and there is no relief in sight.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

VI. Related Litigation:

Please mark the statement that pertains to this case:

    _____  This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

X   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Bruce Clement Pennington Jr.

9435 W Central apt 2 Wichita Kansas 67212

_____
Signature of Plaintiff

Vanessa Kay Oller

9435 W Central apt 2 Wichita Kansas 67212

_____
Signature of Plaintiff

Linda Ann Ampofo-Quaye
PO. Box 721792 Mt. View HI. 96771

_____
Signature of Plaintiff

Connie Stanek

1106 1st sw Mason City Iowa 50401

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [ x]Wichita, [ ]Kansas City , or [ ]Topeka} , Kansas as the
(Select One) location for the trial in
this matter.

_____
Signature of Plaintiff

_Vanessa Allen_
Signature of Plaintiff

_____
Signature of Plaintiff

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [ x ]Yes or [ ]No }
(Select One)

_____
Signature of Plaintiff

_Vanessa Allen_
Signature of Plaintiff

_____
Signature of Plaintiff

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

8

Bruce Pennington
Butler County Jail
701 S. Stone Rd
Eldorado Ks 67042

NOTICE! This Correspondence was mailed
from the BUTLER COUNTY JAIL
ITS' CONTENTS ARE UNCENSORED.



**RECEIVED**

NOV 07 2017

CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

Clerk United States District Court
Room 204
401 N. Market St
Wichita Ks. 67202-2096