IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRUCE CLEMENT PENNINGTON, JR.
And VANESSA KAY OLLER,

          *Plaintiff*,

vs.

SAINT FRANCIS COMMUNITY
SERVICES, *et al.,*

          *Defendants.*

Case No. 17-1282-EFM

**ORDER**

This matter is before the Court on Magistrate Judge Gwynne E. Birzer's Report and Recommendation (Doc. 10) that the Plaintiff's Complaint (Doc. 1) be dismissed for failure to comply with the Court's orders and for failure to provide a current address; and that Plaintiff's motion to proceed *in forma* pauperis be denied.

The Report and Recommendation was sent, on two separate occasions, to addresses given for the Plaintiffs. Both mailings were returned as Unclaimed, Could Not Forward (Docs. 12, 13). No objections having been filed, this Court accepts the recommended decisions of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that Plaintiff Bruce Clement Pennington, Jr's Motion to Proceed *In Forma* Pauperis (Doc. 4) is hereby DENIED and Plaintiffs Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE and this case is closed.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2018 in Wichita, Kansas.

                                              ERIC F. MELGREN
                                              UNITED STATES DISTRICT JUDGE